IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE JACQUELINE MELCHER | No. C 16-05851 WHA<br>No. C 16-05852 WHA<br>No. C 16-05853 WHA<br><br>**ORDER GRANTING MOTION TO CONSOLIDATE APPEALS** |

/

   Debtor Jacqueline C. Melcher moves to consolidate three appeals (16-5851, 16-5852, and 16-5853) arising out of the same bankruptcy. Trustee John W. Richardson consents to the consolidation. Debtor's motion is **GRANTED**.

   **IT IS SO ORDERED.**

Dated: November 16, 2016.

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE