IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE JACQUELINE MELCHER | No. C 16-05851 WHA (Lead Case)<br>No. C 16-05852 WHA (Consolidated Case)<br>No. C 16-05853 WHA (Consolidated Case) |
| | **ORDER CONSOLIDATING APPEALS** |
| _____ / | |

A previous order granted debtor Jacqueline Melcher's motion to consolidate three appeals. Pursuant to FRCP 42, the appeals numbered 16-05851, 16-05852, and 16-05853 are **CONSOLIDATED**. 16-05851 shall be the **LEAD CASE**. 16-05852 and 16-05853 are **ADMINISTRATIVELY CLOSED**. All subsequent filings in this matter must be made in the lead case only.

**IT IS SO ORDERED.**

Dated: November 17, 2016.

                                                 WILLIAM ALSUP
                                                 UNITED STATES DISTRICT JUDGE