IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN RE JACQUELINE MELCHER

No. C 16-05851 WHA
No. C 16-05852 WHA
No. C 16-05853 WHA

**ORDER RE MOTIONS TO CORRECT OPENING BRIEF AND SUPPLEMENT RECORD**

On April 26, debtor and appellant Jacqueline Melcher, proceeding pro se, filed her opening brief for these consolidated bankruptcy appeals (Dkt. No. 25). The brief was missing its third page. On May 12, debtor filed a "Motion to Correct and Supplement the Record" to supply the missing page (Dkt. No. 26). The Trustee did not oppose. That motion is **GRANTED**.

On May 26, the Trustee filed his answering brief (Dkt. No. 27). That same day, debtor filed a second "Motion to Supplement Record" seeking to inject "additional excerpts" into the record "to help explain [her] appeal of the Homestead Exemption" (Dkt. No. 28). Debtor, as the appellant, should have timely supplied a complete record with all materials necessary to support her appeal. Her belated motion does not justify her failure to do so and is therefore **DENIED**.

**IT IS SO ORDERED.**

Dated: June 2, 2017.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE