United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN RE JACQUELINE MELCHER

No. C 16-05851 WHA
No. C 16-05852 WHA
No. C 16-05853 WHA

**ORDER DENYING REQUEST FOR EXTENSIONS OF TIME**

/

Debtor and appellant Jacqueline Melcher filed her opening brief on April 26 (Dkt. No. 25). The Trustee filed his response brief on May 26 (Dkt. No. 27). On June 6, debtor filed an "Ex Parte Request for Time" wherein she asks for "time to respond to the . . . Answering brief until next Monday, June 12, 2017" (Dkt. No. 31 at 2). Under the case management scheduling order, however, debtor's reply brief is not due until June 26 (*see* Dkt. No. 2). In the same filing, debtor also asks for an extension of time to file her opening brief in a different bankruptcy appeal (Dkt. No. 31 at 2). A prior order granting debtor's last request to continue deadlines in that appeal stated, "No further extensions will be granted." *In re Jacqueline C. Melcher*, No. 3:16-cv-05982-WHA (Dkt. No. 33). Debtor's new request for extensions of time is **DENIED**.

**IT IS SO ORDERED.**

Dated: June 8, 2017.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE