IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE JACQUELINE MELCHER | No. C 16-05851 WHA<br>No. C 16-05852 WHA<br>No. C 16-05853 WHA |
| | **JUDGMENT** |
| _____/ | |

    For the reasons stated in the accompanying order affirming the decision of the bankruptcy court, **FINAL JUDGMENT IS HEREBY ENTERED** in favor of John Richardson and against Jacqueline Melcher. The Clerk shall please **CLOSE THE FILE**.

    **IT IS SO ORDERED.**

Dated: September 30, 2017.

                                                      WILLIAM ALSUP<br>                                                    UNITED STATES DISTRICT JUDGE